UNITED STATES of America, Plaintiff–Appellee, Cross–Appellant,

v.

Brian KELLER, Defendant–Appellant, Cross–Appellee.

Nos. 03–3789, 03–3752.

United States Court of Appeals, Seventh Circuit.

Submitted March 17, 2005.

Decided April 19, 2005.

Brian R. Havey, Office of the United States Attorney, Chicago, IL, for Plaintiff-Appellee.

William H. Theis, Terence F. MacCarthy, Daniel J. Hesler, Office of the Federal Defender Program, Chicago, IL, for Defendant-Appellant.

Before RIPPLE, MANION, and EVANS, Circuit Judges.

**ORDER**

This matter comes before us upon remand from the Supreme Court of the United States for reconsideration in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Brian Keller was convicted of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). Mr. Keller appealed his conviction. The Government cross-appealed the district court's grant of a downward departure to Mr. Keller's sentence under § 5K2.12 of the United States Sentencing Guidelines. We affirmed Mr. Keller's conviction but vacated his sentence and remanded for resentencing. On January 25, 2005, the Supreme Court granted Mr. Keller's petition for a writ of certiorari, vacated this court's judgment and remanded the case to us for further consideration in light of *Booker.*

Both parties now request that Mr. Keller's sentence be vacated and remanded for resentencing. We believe that such a course of action is appropriate. Accordingly, we affirm Mr. Keller's conviction, vacate his sentence due to the district court's erroneous grant of a downward departure, *see United States v. Keller,* 376 F.3d 713, 717–20 (7th Cir.2004), *vacated on other grounds,* —— U.S. ——, 125 S.Ct. 1061, 160 L.Ed.2d 1048 (2005), and remand to the district court for resentencing con-

sistent with this order and the Supreme Court's decision in *Booker*.

IT IS SO ORDERED